Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND BOARD OF TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ANYTIME ELECTRIC, INC., a Nevada corporation,<br><br>Defendant. | Case No.<br><br><br><br><br><br>**COMPLAINT** |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500 and the Court has original jurisdiction pursuant to 29 U.S.C. § 1132(e). Venue is proper pursuant to 29 U.S.C. § 1132(e)(2).

2. The Plaintiffs are the Boards of Trustees of the Electrical Workers Health and Welfare Trust, the Electrical Workers Pension Trust, and the Las Vegas Electrical Joint

1 Apprenticeship and Training Trust Fund (collectively referred to as "Trust Funds") and are fiduciaries for purposes of ERISA

3. Anytime Electric, Inc., a Nevada corporation ("Anytime Electric"), acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by collective bargaining agreements ("CBA") between Anytime Electric and the Local Union No. 357 of the International Brotherhood of Electrical Workers.

4. The Trust Funds are ERISA employee benefit trust funds that provide benefits to Covered Employees.

5. The CBAs incorporate by reference the Trust Agreements establishing the Trust Funds ("Trust Agreements").

6. Pursuant to ERISA, the CBAs and the Trust Agreements, Anytime Electric is obligated to make its books and records available for contract compliance review ("Audit").

7. Anytime Electric has failed to respond to the Trust Funds' requests to make its books and records available for Audit.

8. The Trust Funds have insufficient facts, records or information available to calculate amounts due.

9. If an employer signatory to a CBA fails to make its books and records available for an Audit, the Trust Agreements and the Trust Funds' Collection Policy and Procedures permit the Trust Funds to presume contributions owed.

**FIRST CLAIM FOR RELIEF**
Equitable Relief – Anytime Electric, Inc.

10. Paragraphs 1 through 9 are restated and incorporated by reference.

11. The Trust Funds have repeatedly requested that Anytime Electric make its books and records available for an Audit as required by ERISA, the CBAs and the Trust Agreements.

12. Anytime Electric has repeatedly refused to make its books and records available.

13. The Trust Funds request this Court compel Anytime Electric to deliver or make available to the Trust Funds all papers and documentation necessary to permit the Trust Funds or their designee to perform an Audit.

**SECOND CLAIM FOR RELIEF**
ERISA Delinquent Contributions – Anytime Electric, Inc.

14. Paragraphs 1 through 13 are restated and incorporated by reference.

15. Anytime Electric has failed to meet its obligations to remit employee benefit contributions to the Trust Funds as set forth in the CBAs and Trust Agreements.

16. As a result of its delinquency, Anytime Electric is liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees.

WHEREFORE, Plaintiffs pray for relief as follows:

1. For an Order compelling Anytime Electric, Inc., to deliver or make available to the Trust Funds all papers and documentation necessary to permit the Trust Funds or their designee to perform an Audit;

2. A judgment against Anytime Electric, Inc., for damages, including delinquent employee benefit contributions, interest, liquidated damages, and attorneys' fees and costs;

3. For other equitable relief as provided by ERISA; and

4. For such other and further relief as the Court deems proper.

Dated: November 29, 2017.         BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

16174000                                         3