# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Board of Trustees of the Electrical
Workers Pension Trust, et al

                Plaintiffs,

  v.

Anytime Electric, Inc.

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02957-JAD-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered against Defendant Anytime Electric, Inc. for a total of $131,287.00

| February 12, 2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |